UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN YAN LUIS,

    Plaintiff,

 - against -

SKULL SHAVER, LLC,

    Defendants.

23-cv-8484 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

 The parties are directed to submit a Joint Pre-Trial Order by **June 3, 2024.** Otherwise, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
   May 20, 2024

              /s/ John G. Koeltl
               John G. Koeltl
             United States District Judge