# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

June 3, 2024

**VIA ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007-1312

```
Application granted. SO ORDERED.

Dated June 4, 2024          /s/ John G. Koeltl
New York, New York          John G. Koeltl, U.S.D.J.
```

Re:   **Kevin Yan Luis v. Skull Shaver, LLC - Case No. 1:23-cv-08484-JGK**

To the Honorable Judge John G. Koeltl,

Plaintiff by way of his attorney, Noor A. Saab, files this letter motion respectfully requesting an extension of time to file the Joint Pre-Trial letter.  Pursuant to Your Honor's Order dated May 20, 2024 (Docket No: 10).  Plaintiff respectfully requests a one (1) week extension of time to file the Joint Pre-Trial letter due today, June 3, 2024.  Plaintiff requires additional time to confer with counsel.  Plaintiff reached out to the Defendant's counsel regarding consent to this application but did not receive a response.  This is the first time this application is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*